1042

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL A. PERNELL, *Appellant*.
*In the Matter of the Personal Restraint of* RUSSELL A. PERNELL, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04499-3, Terry D. Sebring, J., entered October 27, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 26730-6-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL PARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01017-1, Wm. Thomas McPhee, J., entered November 9, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Houghton, J.

[Nos. 26768-3-II; 27611-9-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL A. WILLIAMS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 99-1-01823-2, Rosanne Buckner, J., entered November 17, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Houghton, J.